## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                          Case No. 25-23142-CLC
                                                Chapter 13
EFRAIN DOMINGUEZ,

    Debtor.

_____/


CONTINENTAL FREIGHT FORWARDING, INC.,

    Plaintiff,

    v.                                          Adversary Proceeding No. _____

EFRAIN DOMINGUEZ,

    Defendant/Debtor.

_____/

### COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT
### (11 U.S.C. §§ 523(a)(2), (4), and (6))


Plaintiff, CONTINENTAL FREIGHT FORWARDING, INC. (hereinafter "CFF"),

by and through the undersigned counsel, hereby files and serves the instant lawsuit against

EFRAIN DOMINGUEZ ("Debtor") and states as follows:

### I.      JURISDICTION

1.      This is an adversary proceeding pursuant to Fed. R. Bankr. P. 7001.

2.      Jurisdiction exists under 28 U.S.C. §§ 157 and 1334.

3.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

4.      Venue is proper in this Court.

## II. PARTIES

5.      Plaintiff, Continental Freight Forwarding, Inc. ("CFF"), is a Florida corporation engaged in freight forwarding.

6.      Defendant, Efrain Dominguez ("Debtor"), is the Chapter 13 debtor in Case No. 25-23142-CLC.

## III. GENERAL FACTUAL ALLEGATIONS

7.      Debtor was employed by CFF from 2007 through April 1, 2025.

8.      Debtor had access to CFF's confidential client lists, pricing data, vendor relationships, and proprietary information.

9.      Debtor engaged in a scheme to defraud CFF, including but not limited to:

    a.  Diverting customer payments to himself via Zelle;

    b.  Altering mailing addresses to redirect company payments;

    c.  Forging endorsements on checks payable to CFF;

    d.  Misappropriating trade secrets;

    e.  Diverting business to competitors or to himself;

    f.  Engaging in bank fraud involving checks totaling at least $9,234;

    g.  Potentially misappropriating substantial monthly profits over an extended period.

10.     Debtor's actions were intentional, fraudulent, and for personal enrichment.

11.     CFF suffered substantial financial losses as a result. CFF's losses may be over $700,000 (seven hundred thousand dollars) over an approximate four-year period.

12.    CFF filed a lawsuit in federal court over these violatons – Case No. 25-cv-22062-KMW.  (Ex. A).  The Court issued a temporary restraining order against Debtor in that case. (Ex. B).

13.    The debt owed arises from fraud, embezzlement, defalcation, and willful and malicious injury.

## COUNT I – § 523(a)(2)(A)

14.    Debtor obtained money through false representations and actual fraud.

15.    Debtor knowingly misrepresented that payments made to him were payments to CFF.

16.    CFF relied on these misrepresentations to its detriment.

17.    The resulting debt is nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

## COUNT II – § 523(a)(4)

18.    Debtor was entrusted with CFF funds and confidential information.

19.    Debtor fraudulently appropriated funds belonging to CFF.

20.    Such conduct constitutes embezzlement and/or larceny under § 523(a)(4).

21.    The resulting debt is nondischargeable under § 523(a)(4).

## COUNT III – § 523(a)(6)

22.    Debtor intentionally caused financial injury to CFF.

23.    The injury was willful and malicious.

24.    The debt is nondischargeable pursuant to § 523(a)(6).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

A.    Determine that the debt owed to CFF is nondischargeable;

B.    Liquidate damages in an amount to be determined;

C.    Award attorneys' fees and costs;

D.    Grant such other relief as the Court deems just and proper.


Respectfully submitted,


s/ Gary A. Costales
Gary A. Costales
Florida Bar No. 0948829
Law Offices of Gary A. Costales, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
(786) 448-7288
(786) 323-7274 (facsimile)
costalesgary@hotmail.com


## CERTIFICATE OF SERVICE

**I hereby certify** that on February 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


s/ Gary A. Costales

4

## SERVICE LIST

*EFRAIN DOMINGUEZ (DEBTOR)*
*CASE NO.: 25-23142-CLC*

### United States Bankruptcy Court, Southern District of Florida (Miami)

Efrain Dominguez
8065 NW 198 Terrace
Hialeah, FL 33015
*Debtor*

Emmanuel Perez, Esq
Email: bankruptcy@lawperez.com

901 Ponce de Leon Blvd #101
Coral Gables, FL 33134
(305) 442-7443

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402
*Trustee*

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

Gary A. Costales, Esq.
Email: costalesgary@hotmail.com

GARY A. COSTALES, P.A.
1533 Sunset Drive, Suite 150
Miami, FL 33143
Tel.: (786) 448-7288
(786) 323-7274 (facsimile)
costalesgary@hotmail.com
Attorney for Creditor, Continental
Freight Forwarding
*Notice of Electronic Filing*